UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GONZALES, | No. 2:15-cv-1886 AC P |
| Petitioner, | |
| v. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 3. By order filed March 10, 2017, petitioner was ordered to show cause, within thirty days, why this action should not be dismissed as untimely. ECF No. 8. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 18, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE